UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Reginald Mouscardy, <br><br>            Plaintiff(s), <br><br>    v. <br><br> Warden E. Rickard, <br><br>            Defendant(s). | 25-CV-4966 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

      Pursuant to the Court's September 25, 2025 Order, ECF No. 11, Defendant Warden E. Rickard was required to file responsive pleadings by October 14, 2025. To date, the Defendant has not filed any response nor requested an extension of time. However, due to the federal government shutdown and as a courtesy, the Court extends this deadline, *nunc pro tunc* to **December 1, 2025**. The Court notes that Defendant has previously made two requests for extensions of time, ECF Nos. 8 & 10, which were granted by the Court. ECF Nos. 9 & 11. Given the Court's previous extensions, should Defendant fail to file responsive pleadings by December 1, 2025, absent a showing of good cause, the Court will treat the matter as fully briefed.

      SO ORDERED.

Dated: November 19, 2025
       New York, New York

                                                            DALE E. HO
                                                   United States District Judge