UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGINALD MOUSCARDY,<br>Petitioner,<br>-against-<br>WARDEN, E. RICKARD.,<br>Respondent. | 25 CIVIL 4966 (DEH)<br>**JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 8, 2026, Mr. Mouscardy's Petition for a Writ of Habeas Corpus is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
July 9, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**